UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL R. CHAMBERS (#121816)    CIVIL ACTION

VERSUS

BURL CAIN, ET AL.    NO.: 3:13-cv-00071-BAJ-RLB

RULING AND ORDER

Before the Court is Petitioner's **PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (Doc. 1).** The Magistrate Judge has issued a **REPORT AND RECOMMENDATION (Doc. 9),** recommending that Petitioner's Petition be dismissed without prejudice to later reapply for a writ of habeas corpus upon exhaustion of state court remedies. (*Id.* at p. 7). Petitioner filed timely objections to the Magistrate Judge's Report. (Doc. 10).

Having independently considered Petitioner's **PETITION (Doc. 1)** and related filings—including Petitioner's objections—the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATION (Doc. 9),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Petitioner's § 2254 Petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for the reasons explained in the Magistrate Judge's Report and Recommendation (Doc. 9).

**IT IS FURTHER ORDERED** that Petitioner's request for a certificate of appealability (Doc. 10 at p. 5) is **DENIED** because Petitioner has failed to "ma[ke] a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Baton Rouge, Louisiana, this 14th day of November, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**